UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2009 APR 22 PM 1:27
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
   DEPUTY CLERK

RODRIGO HERNANDEZ, §
    Petitioner §
  §
V. § CASE NO. SA-08-CA-391-OG
  §
NATHANIEL QUARTERMAN, §
Director, Texas Department of §
Criminal Justice, Correctional §
Institutions Division, §
    Respondent. §

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### THIS IS A CAPITAL DEATH PENALTY CASE

TRACY L. SPOOR
State Bar No. 18959050
509 South Main Street
San Antonio, Texas 78204
(210) 227-0200
(210) 472-3901 Fax

MICHAEL C. GROSS
State Bar No. 08534480
106 South St. Mary's Street, Suite 260
San Antonio, Texas 78205
(210) 354-1919
(210) 354-1920 Fax

Attorneys for the Petitioner,
RODRIGO HERNANDEZ